

**Tyler Cooper**
**& Alcorn, LLP**
*Counsellors at Law*

FILED
2003 NOV -7 P 4: 17
US DISTRICT COURT
BRIDGEPORT CT

Timothy P. Jensen
203.784.8228
Fax: 203.789.8069
jensen@tylercooper.com

205 Church Street
P.O. Box 1936
New Haven, CT
06509-1910
203.784.8200

New Haven
Hartford
Stamford
Madison

November 7, 2003

The Honorable Stefan R. Underhill
United States District Court
915 Lafayette Blvd.
Bridgeport, Connecticut 06604

Re:   SBC Advanced Solutions, Inc. v. Connecticut Department of Public Utility Control
      Civil Action No: 3:02CV00770 (SRU)

Dear Judge Underhill:

    Pursuant to the undersigned's discussion with your Clerk, please consider this letter the parties' joint response in compliance with the Court's Order re: Status dated October 20, 2003. Counsel for the DPUC has countersigned on page 2 of this letter.

    The parties filed a Stipulated Motion for Stay dated July 26, 2002 and Ordered by this Court. The matter is currently stayed pending action by the Federal Communications Commission ("FCC") in the Broadband Notice of Proposed Rulemaking Proceeding, Appropriate Framework for Broadband Access to the Internet over Wireline Facilities, 17 F.C.C.R. 3019 (2002), a proceeding addressing the same matters at issue in this case. Once the FCC acts, the Connecticut Department of Public Utility Control will be in a position to act in its reopened administrative proceeding on this issue. As of the date of this letter, the FCC has not yet acted on this issue and it is not clear at this time when it will so act.

Respectfully Yours,

Timothy P. Jensen
Counsel for SBC Advanced Solutions, Inc.

November 7, 2003
Page 2

Counsel for the DPUC
Tatiana D. Eirmann
Assistant Attorney General

*[signature]*

F:\Jensen\SNET\Cox\Judge Underhill re Cox 303 CV00278 (SRU)2.wpd