Timothy P. Jensen

Tyler Cooper & Alcorn, LLP

205 Church Street

P. O. Box 1936

New Haven, CT 06509-0906

Phone: 203.784.8228

Fax: 203.777.1181

tjensen@tylercooper.com

www.tylercooper.com

September 21, 2005

**VIA FACSIMILE (203-579-5704) AND U.S. MAIL**

Honorable Stefan R. Underhill
United States District Judge
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: **SBC Advanced Solutions, Inc v. CT Dept of Public Utility Control, Civ. Action No. 3:02 CV 770 (SRU)**

Dear Judge Underhill:

This is submitted in response to the Court's **ORDER RE: STATUS** dated August 31, 2005 in the above-captioned action. At the suggestion of your assistant, and because of the status of this action, we are submitting this letter in lieu of a formal joint status report.

This action was brought by our client, SBC Advanced Solution, Inc. ("SBC ASI") seeking review of and and injunctiove relief prohibiting the enforcement of a Final Decision of the defendant Connecticut Department of Public Utility Control (the "DPUC Decision"). SBC ASI has alleged in this action that, among other things, the DPUC Decision is preempted by Federal Law in that it is inconsistent with the provisions of Title II, Part II of the Communications Act of 1934 as amended by the Telecommunications Act of 1996 (47 U.S.C. §§ 251-261) and the FCC's regulations implementing that part.

In accordance with the parties' Stipulation for the Entry of Preliminary Injunction dated May 29, 2002, this Court entered an Order Granting Preliminary Injunction on June 4, 2002 against the enforcement fo the DPUC Decision until such time as the Court shall determine. The parties' stipulation was based upon their common understanding that the Federal Communications Commission ("FCC") would soon be issuing a Rulemaking that would be resolve the issues raised by SBC ASI in this action. The expectation of the proposed Rulemaking resulted from the FCC's Notice of Proposed Rulemaking, *Appropriate Framework for Broadband Access to Internet over Wireline Facilities*, CC Docket No. 02-42 (rel. Feb. 15, 2002) ("Broadband NPRM"). Although the proposed Rulemaking contemplated by the Broadband NPRM has been delayed far beyond the parties' expectations, SBC ASI understands that its release by the FCC is imminent.

Accordingly, SBC ASI respectfully requests that the Court maintain the *status quo* for an additional indeterminate period of time until the issuance of the proposed Rulemaking by the FCC.

We have consulted with the Assistant Attorney General appearing on behalf of the defendant, and she has indicated that she has no objection to SBC ASI's request.

Sincerely,

Timothy P. Jensen

cc: Tatania D. Eirmann
David L. Schwartz