**Tyler Cooper**

Robert J. Metzler II

Tyler Cooper & Alcorn, LLP

185 Asylum Street

CityPlace I, 35th Floor

Hartford, CT 06103-3488

Phone: 860.725.6203

Fax: 860.278.3802

rmetzler@tylercooper.com

www.tylercooper.com

September 26, 2007

FILED
2007 SEP 28 A 9: 20
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Honorable Stefan R. Underhill
United States District Judge
United States District Court, District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Re: SBC Advanced Solutions, Inc. v. CT Dept of Public Utility Control
Civ. Action No. 3:02 CV770 (SRU)

Dear Judge Underhill:

In response to the Order Re: Status in the above captioned matter dated September 13, 2007, the parties report that they believe the matter before the Court should continue to be stayed pending final resolution of a rulemaking by the Federal Communications Commission (the "FCC") entitled *Wireless Broadband Report and Order* (FCC 05-150). The parties believe that the *Wireless Broadband Report and Order*, issued by the FCC in 2005, will ultimately resolve the issues in the matter pending before this Court. Unfortunately, the FCC's order has been appealed by third parties not party to the instant action. The undersigned understands that the appeal, pending in the United States Court of Appeals for the Third Circuit, has been argued before the Court and is awaiting decision. As a result of the lack of finality of the FCC's *Wireless Broadband Report and Order*, the parties to the instant matter respectfully request that the Court continue the stay in effect pending the resolution of the ongoing appeals of the *Wireless Broadband Report and Order*.

The undersigned represents that counsel for the defendant, Connecticut Department of Public Utility Control, has reviewed and agrees with the content of this letter.

Sincerely,

Robert J. Metzler II

Cc: Tatiana D. Eirmann Esq.

RJM/